**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

In Re:

|  |  |  |
|---|---|---|
|  | : | Case No. 11-50149 |
| Samuel Lee Hazlerig | : |  |
| Tonia Janet Hazlerig | : | Chapter 13 |
|  | : | Judge Caldwell |

Debtor(s).

**NOTICE OF FILING OF CHANGE OF ADDRESS**

Now comes the Debtors, Samuel and Tonia Hazlerig, through counsel, who respectfully notifies the Court that Samuel ONLY has moved and that HIS new address is as follows:

8470 Shady Maple Ct.
Canal Winchester OH 43110

/s/ James E. Nobile
James E. Nobile (0059705)
**Nobile & Thompson Co., LPA**
4876 Cemetery Road
Hilliard, OH 43026
(614) 529-8600
(614) 529-8656
jenobile@ntlegal.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2015 a true copy of the foregoing Notice of Filing of Change of Address was served upon the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the court: The Office of the U.S. Trustee and The Chapter 13 Trustee.

/s/ James E. Nobile
James E. Nobile (0059705)
**Nobile & Thompson Co., LPA**